Russ W. Ercolani (SBN 240493)
Russ@WestlakeInjury.com
Melissa L. Emerson (SBN 343982)
Melissa@WestlakeInjury.com
WESTLAKE INJURY LAW
4165 E. Thousand Oaks Blvd., Suite 350
Westlake Village, CA 91362
Telephone: +1 805 338 6880
Facsimile: +1 805 367 4454

Attorneys for Plaintiff
FAUSTINO CAYETANO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAUSTINO CAYETANO, an individual;<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA BARBARA, a governmental entity; DEPUTY COERT, an individual; DEPUTY H. FREEDMAN, an individual; STATE OF CALIFORNIA, a governmental entity; MATTHEW D., an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO: 2:25-cv-01723-CV-E<br><br>**PLAINTIFF FAUSTINO CAYETANO'S APPLICATION FOR ENTRY OF DEFAULT AGAINST STATE OF CALIFORNIA PURSUANT TO RULE 55(A) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>**[Declaration of Melissa L. Emerson filed concurrently herewith]** |

To the Clerk of the United States District Court for the Central District of California:

As provided by Rule 55 of the Federal Rules of Civil Procedure, Plaintiff Faustino Cayetano requests that the clerk enter the default of Defendant State of California ("Defendant") for failure to plead or otherwise defend against this action in a timely manner.

1. As evidenced by the Proof of Service filed with this Court [Dkt. 20], Defendant State of California was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on May 8, 2025.

2. The applicable time limit for Defendant State of California to appear or otherwise respond to this action expired on May 29, 2025.

The above-named Defendant has failed to plead or otherwise respond to the Complaint.

This request is based on the attached Declaration of Melissa L. Emerson.

DATE:  June 20, 2025          WESTLAKE INJURY LAW

                                         By:   /s/ Melissa L. Emerson
                                                   Russ W. Ercolani
                                                   Melissa L. Emerson
                                                   Attorneys for Plaintiff
                                                   FAUSTINO CAYETANO

# CERTIFICATE OF SERVICE

I hereby certify that on <u>June 20, 2025</u>, a copy of the foregoing PLAINTIFF FAUSTINO CAYETANO'S APPLICATION FOR ENTRY OF DEFAULT AGAINST STATE OF CALIFORNIA PURSUANT TO RULE 55(A) OF THE FEDERAL RULES OF CIVIL PROCEDURE was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, including Defendant County of Santa Barbara. A copy was served on Defendant the State of California by mail under F.R.C.P. 5, pursuant to the attached Proof of Service.

Date:   June 20, 2025                    /s/ Melissa L. Emerson
                                          Melissa L. Emerson

# PROOF OF SERVICE

*FAUSTINO CAYETANO vs. COUNTY OF SANTA BARBARA, et al.*
Case No.: 2:25-CV-1723-CV-E

## STATE OF CALIFORNIA, COUNTY OF VENTURA

I am a resident of the County of Ventura, State of California. I am over the age of 18 and not a party to the within action; my address is 4165 E. THOUSAND OAKS BLVD. SUITE 350, Westlake Village, CA 91362.

On June 20, 2025, I served the foregoing documents described as **PLAINTIFF FAUSTINO CAYETANO'S APPLICATION FOR ENTRY OF DEFAULT AGAINST STATE OF CALIFORNIA PURSUANT TO RULE 55(A) OF THE FEDERAL RULES OF CIVIL PROCEDURE** on the parties indicated below:

STATE OF CALIFORNIA
Office of the Attorney General
1300 I St.
Sacramento, CA 95814

[ ]   BY OVERNIGHT MAIL:  I deposited with the U.S. Postal Service on the date indicated above, with postage thereon fully prepaid at Westlake Village, California for overnight delivery (next business day) to the offices of the addressee.

[X]   BY MAIL:  I deposited with the U.S. Postal Service, on the date indicated above, with postage thereon fully prepaid at Westlake Village, California

[ ]   BY ELECTRONIC TRANSFER:  I caused all pages of the above-entitled document to be sent to the recipients noted above via electronic transfer (facsimile) and/or email at the respective fax number/email address as indicated above.

[ ]   BY PERSONAL SERVICE:  I personally delivered such envelope by hand to the party/parties listed above.

[X]   (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 20, 2025, in Westlake Village, California.

_____
Melissa L. Emerson

-1-