Russ W. Ercolani (SBN 240493)
Russ@WestlakeInjury.com
Melissa L. Emerson (SBN 343982)
Melissa@WestlakeInjury.com
WESTLAKE INJURY LAW
4165 E. Thousand Oaks Blvd., Suite 350
Westlake Village, CA 91362
Telephone: +1 805 338 6880
Facsimile: +1 805 367 4454

Attorneys for Plaintiff
FAUSTINO CAYETANO

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FAUSTINO CAYETANO, an individual;<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA BARBARA, a governmental entity; DEPUTY GARCIA, an individual; DEPUTY H. FREEDMAN, an individual; DEPUTY COERT, an individual; COUNTY OF HUMBOLDT, a governmental entity; MATTHEW D., an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO: 2:25-cv-01723-CV-E<br><br>**JOINT REQUEST FOR DECISION** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 83-9.2, Plaintiff Faustino Cayetano, and Defendant County of Humboldt, respectfully request that the Court render a decision on Defendant's pending Motion to Dismiss Second Amended Complaint.

Local Rule 83-9.2 provides that "counsel shall . . . file with the Court a joint request" that the Court "render and file its decision on a submitted matter" if the Court does not render and file its decision "within 120 days of submission."

Defendant filed their Motion on March 18, 2026 (Dkt. 45), and Plaintiff filed his opposition to Defendant's Motion on April 15, 2026 (Dkt. 48). The Court then took the Motion under submission on May 5, 2026 (Dkt 49). Because a decision has not been rendered within 120 days of submission, the parties respectfully request that the Court render "its decision within 30 days after the filing of [this] joint request" or, "within the same period, advise the parties in writing of the date by which the decision will be made." L.R. 83-9.3.

DATE: September 11, 2026

WESTLAKE INJURY LAW

By: /s/ Melissa L. Emerson
Russ W. Ercolani
Melissa L. Emerson
Attorneys for Plaintiff
FAUSTINO CAYETANO

DATE: September 11, 2026

COUNTY OF HUMBOLDT

By: /s/ Joel Campbell-Blair
Joel Campbell-Blair
Attorney for Defendant
COUNTY OF HUMBOLDT

*I, Melissa l. Emerson, the filer of the document, declare that I had the authority from each signatory to this document to use their electronic signature in accordance Local Rule 5-4.3.4(a)(2)(i). *<u>/s/ Melissa L. Emerson</u>*